FILED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 09 2015

Abel Acosta, Clerk

NO._____

| | | |
|---|---|---|
| EDGAR JUVENTION BARRIENTOS | § | IN THE |
| | § | |
| V. | § | COURT OF CRIMINAL APPEALS |
| | § | |
| THE STATE OF TEXAS | § | OF TEXAS |

## MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUSTICES OF THE COURT:

COMES now, Edgar Juvention Barrientos, Appellant, Movant pro se, and files this motion requesting an extension of time in which to file for discretionary review, and in support shows:

I.

Movant was convicted in the 401st Judicial District Court of Collin County, Texas, of aggravated sexual assault and sentenced to 15 years confinement in trial no. 401-80994-07.

II.

Appeal was taken to the Fifth District Court of Appeals who affirmed in an unpublished opinion in appeal no. 05-14-00041-CR, on March 10, 2015.

III.

Movant desires to petition this Court for discretionary review which is due on or before April 9, 2015.

IV.

Movant is not able to meet this deadline because he cannot afford a copy of the reporter's record, and a motion for a free

1.

reporter's record is now pending before the trial court and Movant is awaiting the record. Additionally, Movant is from Guatemala and does not read, write, or speek the english language and depends on other inmates for assistance.

V.

There have been no other extensions requested or granted in this cause and Movant is requesting an additional sixty (60) days in which to file for discretionary review to this Court.

PRAYER

For the foregoing reasons, Movant prays for an additional sixty-days in which to file for discretionary review.

Respectfully Submitted,

Edgar Juvention Barrientos
TDCJ# 1907591
Boyd Unit
200 Spur 113
Teague, Tx. 75860

APPELLANT, MOVANT PRO SE

CERTIFICATE OF SERVICE

This certifies that a true copy of the foregoing was served on the State's Prosecuting Attorney P.O. Box 12405, Austin, Texas, 78711, and the Collin County District Attorney at 2100 Bloomdale Rd., McKinney, Texas, 75070, via US.mail, postage pre-paid, on this 4th day of April, 2015.

Edgar J. Barrientos

2.

EDGAR J. BARRIENTOS #1907591
William R Boyd Jr Unit
200 Spur 113
Teague, Tx. 75860

---

Texas Court of Criminal Appeals                April 4, 2015
Louise Pearson, Clerk
P.O. Box 12308
Austin, Tx. 78711


RE: BARRIENTOS V. STATE, 5th C.O.A. No. 05-14-00041-CR




Dear Clerk,

     Enclosed please find Appellant, Movant's, pro se motion for
extension of time to file discretionary review to be filed for
record and brought to the attention of the Court. Thank you.


                              Sincerely,

                              Edgar J. Barrientos
                              Appellant, Movant pro se




RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 09 2015
Abel Acosta, Clerk

c. File

NORTH TEXAS TX PRDC
DALLAS TX 750
07 APR 2015 PM 9 L

Edgar Barrientos #1907591
Boyd Unit
200 Spur 113
Teague, Tx. 75860

SPECIAL CORRESPONDENCE

Texas Court of Criminal Appeals
Louise Pearson, Clerk
P.O. Box 12308
Austin, Tx. 78711

PRIVILEGED OFFENDER MAIL
NOT INSPECTED BY TEXAS
DEPARTMENT OF CRIMINAL
JUSTICE-CORRECTIONAL
INSTITUTIONS DIVISION